# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2695

_____

MICHAEL JACKSON,

Petitioner,

v.

J. POLISKNOWSKI, S. HARRIS, J.
BIDEN, R. DESANTIS,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 3, 2025

PER CURIAM.

DISMISSED.

NORDBY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael Jackson, pro se, Petitioner.

Attorney General, Tallahassee, for Respondents.